# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## FAYETTEVILLE DIVISION

**UNITED STATES OF AMERICA,**
        **Plaintiff,**

vs.                                        Civil No. 03-5003

**UNDETERMINED QUANTITIES OF ARTICLES**
**OF DRUG IN VARIOUS STRENGTHS AND**
**VARIOUS SIZE BOTTLES...**

**AND**

**BIO-TECH PHARMACAL, INC., a corporation;**
**DALE BENEDICT, an individual, and**
**MARTHA BENEDICT, an individual.**
        **Defendants.**

## ORDER

Now on this 19th day of March, 2007, comes on for consideration the parties' **Joint Motion To Cancel And Discharge Bond** (document #48), and the Court, being well and sufficiently advised, finds that said motion should be, and same hereby is, **granted.**

    **IT IS THEREFORE ORDERED** that this matter is re-opened for the sole and limited purpose of canceling and discharging the bond in the amount of two hundred fifty thousand dollars ($250,000.00) filed by Defendants on March 23, 2005, with this Court in the above-referenced case.

    **IT IS FURTHER ORDERED** that the bond in the amount of two hundred fifty thousand dollars ($250,000.00) filed by Defendants on March 23, 2005, with this Court in the above-referenced case shall be and is hereby canceled and discharged.

    **IT IS SO ORDERED**.

                                                          /s/ Jimm Larry Hendren
                                                         **JIMM LARRY HENDREN**
                                                         **UNITED STATES DISTRICT JUDGE**